# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

**CRIMINAL NO. 3:02CR175**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ) | |
| MARVIN NATHANIEL KELTY ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendant's motion to consolidate this proceeding with Criminal Case No. 3:07CR55, currently pending before the Honorable Frank Whitney.

For the reasons stated in the motion and Judge Whitney having advised the undersigned that he has no objections to consolidation of the cases and reassignment of the captioned matter,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for consolidation of this proceeding with the indictment filed in Case No. 3:07CR55 is hereby **ALLOWED**, and the Clerk of Court is directed to reassign the captioned matter to the Honorable Frank Whitney for further proceedings.

**IT IS FURTHER ORDERED** that the hearing on the Defendant's supervised release violation is continued from the June 20, 2007, calendar.

Signed: May 29, 2007

Lacy H. Thornburg
United States District Judge