IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:02-CR-175; 3:07-CR-55

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MARVIN NATHANIEL KELTY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THE MATTER** is before the Court upon motion of defendant to re-consolidate the above-captioned matters and also for a continuance of the hearing on the supervised release violation currently set for October 30, 2007 (Doc. No. 33).

The Government opposes the motion to consolidate, and the Court finds that Defendant has not shown sufficient cause for the consolidation of the sentencing in 3:07-cr-55 and the supervised release violation in 3:02-cr-175.

**IT IS THEREFORE ORDERED** that Defendant's motion for consolidation is hereby **DENIED**.

**IT IS FURTHER ORDERED** that, for the reasons stated in Defendant's motion, the current hearing on the supervised release violation is continued. The Clerk will inform counsel once a new hearing date is set.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

Signed: October 24, 2007

Frank D. Whitney
United States District Judge